**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**WILLIAMS JOSE URBINA RANGEL,**

*Petitioner*,

v.

**WARDEN, ELIZABETH DETENTION CENTER**, ***et al.***,

*Respondents*.

No. 26-cv-06528

**ORDER**

This matter comes before the Court upon the Petition for Writ of Habeas Corpus. (ECF No. 1). The Court appointed Counsel to represent Petitioner. (ECF No. 9). After limited discovery, (ECF Nos. 19–20), Petitioner's Counsel filed a supplement to the Petition. (ECF No. 21). The Court held a hearing on July 23, 2026. (ECF No. 22).

For the reasons stated on the record at the hearing, the Court finds that Petitioner has not carried his burden to prove that removal is not reasonably foreseeable. *See Zadvydas v. Davis*, 533 U.S. 678, 699–701 (2001). Accordingly, on this 23rd day of July, 2026, **IT IS ORDERED** that the Petition is **DENIED WITHOUT PREJUDICE**; and it is further **ORDERED** that the Court's previous Order enjoining Petitioner's transfer, (ECF No. 4), is **VACATED**. Respondents may transfer Petitioner for the sole purpose of effectuating his imminent removal from the United States. Unless and until removal is imminent, Petitioner shall remain at his current location to facilitate continued access to counsel; and it is finally **ORDRED** that this Court shall retain jurisdiction over this matter and Petitioner may move to reopen these proceedings after thirty (30) days if Petitioner has not yet been removed.

Christine P. O'Hearn

**CHRISTINE P. O'HEARN**
**United States District Judge**